IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-039-RLV-DCK

| | |
|---|---|
| MIKE BENDFELDT and<br>BETTY MUHR-BENDFELDT,<br><br>Plaintiffs,<br><br>v.<br><br>WINDOW WORLD, INC. and<br>ASSOCIATED MATERIALS, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 55) filed by Mark R. Kutny, concerning Ernest E. Vargo, on March 8, 2017. Mr. Ernest E. Vargo seeks to appear as counsel *pro hac vice* for Defendant Associated Materials, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 55) is **GRANTED.** Mr. Ernest E. Vargo is hereby admitted *pro hac vice* to represent Defendant Associated Materials, LLC.

**SO ORDERED**.

Signed: March 8, 2017

David C. Keesler
United States Magistrate Judge