**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:17-CV-039-RLV-DCK**

| | | |
|---|---|---|
| **MIKE BENDFELDT and** | ) | |
| **BETTY MUHR-BENDFELDT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WINDOW WORLD, INC. and** | ) | |
| **ASSOCIATED MATERIALS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 56) filed by Mark R. Kutny, concerning Guenther Karl Fanter, on March 8, 2017.  Mr. Guenther Karl Fanter seeks to appear as counsel *pro hac vice* for Defendant Associated Materials, LLC.   Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 56) is **GRANTED.**  Mr. Guenther Karl Fanter is hereby admitted *pro hac vice* to represent Defendant Associated Materials, LLC.

**SO ORDERED**.

Signed: March 8, 2017

David C. Keesler
United States Magistrate Judge