**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-039-RLV-DCK**

| | | |
|---|---|---|
| **MIKE BENDFELDT and** | ) | |
| **BETTY MUHR-BENDFELDT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WINDOW WORLD, INC. and** | ) | |
| **ASSOCIATED MATERIALS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 65) filed by Joseph W. Moss, Jr., concerning Larry E. Welch, Jr., on April 21, 2017. Mr. Larry E. Welch, Jr. seeks to appear as counsel *pro hac vice* for Plaintiffs Mike Bendfeldt and Betty Muhr-Bendfeldt. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 65) is **GRANTED.** Mr. Larry E. Welch, Jr. is hereby admitted *pro hac vice* to represent Plaintiffs Mike Bendfeldt and Betty Muhr-Bendfeldt.

**SO ORDERED**.

Signed: April 25, 2017

David C. Keesler
United States Magistrate Judge