# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-039-RLV-DCK

| | |
|---|---|
| MIKE BENDFELDT and BETTY MUHR-BENDFELDT, </br></br> Plaintiffs, </br></br> v. </br></br> WINDOW WORLD, INC. and ASSOCIATED MATERIALS, LLC, </br></br> Defendants. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 66) filed by Joseph W. Moss, Jr., concerning Jonathan E. Fortman, on April 21, 2017. Mr. Jonathan E. Fortman seeks to appear as counsel *pro hac vice* for Plaintiffs Mike Bendfeldt and Betty Muhr-Bendfeldt. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 66) is **GRANTED.** Mr. Jonathan E. Fortman is hereby admitted *pro hac vice* to represent Plaintiffs Mike Bendfeldt and Betty Muhr-Bendfeldt.

**SO ORDERED**.

Signed: April 25, 2017

David C. Keesler
United States Magistrate Judge