IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17CV39-GCM

| | |
|---|---|
| MIKE BENDFELDT and BETTY MUHR-BENDFELDT, ) ) ) Plaintiffs, ) ) vs. ) ) WINDOW WORLD, INC., a North ) Carolina Corporation and ASSOCIATED ) MATERIALS, LLC, a Delaware limited ) liability company, ) ) Defendants. ) ) | ORDER |

This matter is before the Court upon its own motion. It appears that the Order entered on September 26, 2017 (Doc. No. 69) contains a typographical error. The last line of the Order should read as follows: "IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss Counts I, V, VI and VII of Plaintiffs' Amended Complaint is hereby GRANTED."

IT IS THEREFORE ORDERED that the last line of the Order of September 26, 2017 is hereby amended as stated above.

Signed: September 27, 2017

Graham C. Mullen
United States District Judge