# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Mike Bendfeldt<br>Betty Muhr-Bendfeldt, | ) )<br>) | JUDGMENT IN CASE |
| Plaintiff(s), | ) )| 5:17-cv-00039-KDB-DCK |
| vs. | ) ) | |
| Associated Materials, LLC et al., | ) ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2020 Order.

March 26, 2020

_____
Frank G. Johns, Clerk
United States District Court